UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KALITTA AIR, LLC,

    Plaintiff,                                              Civil Action No. 12-CV-13554

vs.                                                     HON. BERNARD A. FRIEDMAN

GSBD & ASSOCIATES, LLC, et al.,

    Defendants.

_____/

## OPINION AND ORDER GRANTING THE MOTION OF DEFENDANT G. GOTTSCHALK FOR RECONSIDERATION

Defendant Garth Gottschalk has filed a motion and an amended motion [docket entries 111 and 112] for reconsideration of the Court's order denying his motion to dismiss. Defendant correctly notes that the Court's order [docket entry 103] incorrectly indicated that defendant's motion to dismiss [docket entry 65] was denied entirely. In fact, the Court granted defendant's motion to dismiss as to Count I of the First Amended Complaint and denied it as to Counts II, III, IV, VI, VIII, IX and X. Defendant's motion and amended motion for reconsideration are granted and the record will reflect that defendant's motion to dismiss [docket entry 65] is granted in part and denied in part as just indicated.

                                                       S/ Bernard A. Friedman
                                                       BERNARD A. FRIEDMAN
                                                       SENIOR UNITED STATES DISTRICT JUDGE

August 2, 2013